UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| FRANZ LESTI and PETRA RICHTER, Individually and on Behalf of All Others Similarly Situated, <br><br> -and- <br><br> ROBERT E. TARDIF, JR., in his capacity as the Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Debtors, Ulrich Felix Anton Engler, Private Commercial Office, Inc., and PCO Client Management, Inc., <br><br>       Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A. (f/k/a Wachovia Bank, N.A.), <br>       Defendant. <br> _____/ | Case No. 2:11-cv-695-JES-DNF |

**DECLARATION OF STUART A. DAVIDSON, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to 28 U.S.C. §1746, I, Stuart A. Davidson, Esq., hereby declare under penalty of perjury that the following Declaration is true and correct:

1.   My name is Stuart A. Davidson, Esq.

2.   I am over 21 years of age, and I am fully competent to make the statements contained in this Declaration.

3.   I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, and one of the attorneys for Plaintiffs Franz Lesti, Petra Richter, Christa and Hubert Millentrup, Herbert Schickle, Hans and Käthi Zwicky, and Wolf von Loeben in this action.

4. Attached to my Declaration are true and correct copies of the following Exhibits:

| | |
|---|---|
| **Exhibit "A"** | Austrian Financial Market Authority Warning Announcement dated November 22, 2006. |
| **Exhibit "B"** | *JPMorgan Chase Bank, N.A. v. Ulrich Engler A/K/A Richard Engler*, 2:07-cv-124-FtM-29DNF (M.D. Fla.) Complaint [Dkt. No. 1] |
| **Exhibit "C"** | Email dated May 3, 2011 from John Barry to Brett Von Borke |
| **Exhibit "D"** | Wells Fargo Investigation Summary |
| **Exhibit "E"** | Letter dated June 28, 2007 from SunTrust Bank to Private Commercial Office, Inc. |
| **Exhibit "F"** | Letter dated July 10, 2007 from Wells Fargo Bank, N.A. to PCO Client Management, Inc. |
| **Exhibit "G"** | Declaration of Soneet R. Kapila |
| **Exhibit "H"** | Firm Resume of Robbins Geller Rudman & Dowd LLP |
| **Exhibit "I"** | Declaration of Plaintiff Franz Lesti in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "J"** | Declaration of Plaintiff Petra Richter in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "K"** | Joint Declaration of Plaintiffs Christa and Hubert Millentrup in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "L"** | Declaration of Plaintiff Herbert Schickle in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "M"** | Joint Declaration of Plaintiffs Käthi and Hans Zwicky in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "N"** | Declaration of Plaintiffs Wolf von Loeben in Support of Plaintiffs' Motion for Class Certification |
| **Exhibit "O"** | *In re Checking Account Overdraft Litig.*, No. 1:09-MD-02036-JLK, slip op. (S.D. Fla. May 16, 2012) |

- 3 -

Under penalty of perjury, I declare that I have read the foregoing Declaration and that the facts stated herein are true and correct.

Dated:  July 12, 2012

By: *s/Stuart A. Davidson*
Stuart A. Davidson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*s/ Stuart A. Davidson*
STUART A. DAVIDSON