# EXHIBIT "D"

## Investigations Case Summary — 040

Case ID 2007004817

09-Jun-08  PCO CLIENT MANAGEMENT INC-Money Laundering/Structu

CASE 2007004817

### INVESTIGATION DATA SUMMARY
PCO CLIENT MANAGEMENT, INC  TIN: T205453378
430 SE 24TH STREET  Work: 239-745-9300
CAPE CORAL FL 33990

| | | | | | | |
|---|---|---|---|---|---|---|
| DDA | 2000028877271 | S | OP | 06272007 | N | 500066.85 |
| DDA | 2000031965057 | S | OP | 05292007 | N | 3759136.87 |

### PREVIOUS SAR FILED: None

### BRANCH INVOLVED:

### INVESTIGATIVE ACTIVITY REVIEW

■ case was generated by a 314B request from Tony Scott at Suntrust bank. Scott advised Sun Trust received negative news on their customer Private Commercial Office and that their customer issued a check that was deposited into a client's Wachovia account, PCO Client Management Inc in the amount of $7,000,000 on June 1, 2007. Private Commercial Office was the subject of a warning notification letter submitted by the Austrian Financial Market Authority following complaints received by investors in that country. Scott also advised Sun Trust had not been able to identify any specific BSA violations but recent activity with the client has led to increased suspicious. Their customer receives about $24 million in foreign wires, mainly from Austria and Germany each month which is then wired out to individuals. The company claims to be a stock day trading/investment company. The first address Ulrich Engler, the owner of the business gave for the business was actually the address of a UPS Store. He was asked for an updated address. The new address turned out to be a private residence owned by a family who had been there for several years. He was sent a list of questions to answer about the nature of the business but has not answered. Sun Trust requested Wachovia share any information found regarding the client that might be deemed suspicious. The accounts were reviewed from the date they were opened through July 2, 2007.

There was one transfer from DDA 2000031965057 into DDA 2000028877271 of $500,000 on June 29, 2007. There were no debits from this account.

■ the exception of a $7 million dollar check from Private Commercial Office, Inc dated 5-30-07 that was deposited into this account on 5-30-07 the day after it was opened, DDA 2000031965057 was funded entirely by wire transfers. Monies left this account via international wire transfers. During the month of June 2007 there were 1675 wire transfers from this account totaling $10,301,639.13 and 14 transfers into the account totaling $10,193,745.88. In July 2007 (current date is July 10, 2007) there were 1701 wire transfers from this account totaling 8,914,329.14 and 61 credits into the account totaling $8,803,937.29. Many of these wires went back to Austria and Germany. According to the 314B request the funds into the Sun Trust account originated in Austria and Germany.

―041

## Investigations Case Summary Continuation

| | Case ID 2007004817 |
|---|---|
| 09-Jun-08 | PCO CLIENT MANAGEMENT INC-Money Laundering/Structu |

On July 10, 2007 contact was made with this customer's financial specialist (FS) who advised she had personally been to this customer's office space which also happened to be her (signor Angelika Neumeier-Fuch's) residence. The FS advised she was told by Neumeier-Fuchs that she is from Germany and was in the process of a divorce. Neumeier said she always wanted to start her own business and live in the US so last August (2006) she moved from Germany to Florida with her 12 year old son. Her husband soon followed but on his arrival informed Neumeier that he had a girlfriend and wanted a divorce. Neumeier started her company PCO Client Management, Inc in August 2006 and Private Commercial Office, Inc is her sole client. She said she manages the billing for Private Commercial Office, Inc. The funds are wired into her account from PCO, Inc's main operating account. Once she receives the wires she then wires the funds for PCO, Inc. She told the FS that PCO, Inc's clients are European investors who deal mostly in real estate. She advised she would soon develop other clients and would require additional accounts to be opened.

According to Lexis Nexis Angelika Neumeier-Fuchs also uses the names: Angelika Neumeier, ▮elilka Matzner-Fuchs, and Angelika Josefa Feumeier Fuchs. The telephone number Lexis Nexis lists as the telephone number, 239-772-4838, at her address located at 430 SE 24th Ave, Cape Coral, Fl is actually listed to Elias Pereyra. Google reflects (239) 574-6382 as the telephone number associated with that address with that number being assigned to Gisela Soyke.

Regarding Ulrich Engler, Lexis Nexis lists a Richie Engler of 1217 Cape Coral E. Parkway, Cape Coral, FL with an SSN 360 60 2786 that was issued in Illinois which is also linked to a Robert A. Doerr, DOB: 7-9-60. According to Lexis Nexis Engler's full name is Ulrich Felix Anton Engler, with a DOB of 3-28-61.

According to the internet a Warning Notification was issued by the Austrian Financial Market Authority FMA in Vienna on November 22, 2006 as follows: "Pursuant to Article 24 para 6 of the Wertpapieraufsichtsgesetz (WAG; Austrian Securities Supervision Act) the Austrian Financial Market Authority (FMA) is entitled to inform the general public by publication in an official bulletin published nationwide that a particular company is not authorized to provide certain financial services (as stipulated in Section 1 para 1 no. 19 of the Bankwesengesetz (BWG; Austrian Banking Act)). With the announcement in the official gazette "Amtsblatt zur Wiener Zeitung" on 22 November 2006 the FMA makes used of its right and warns against doing any financial services business with the following ▮pany

Private Commercial Office, Inc, Engler, Ulrich with alleged location in 1217 Cape Coral Pkwy, #121, Cape Coral, Florida 33904, USA

This company is not authorized by the FMA. Therefore it is not entitled to provide investment advice concerning client funds, to manage client portfolios in accordance with mandates given by investors or to broker business opportunities for the acquisition or sale of certain financial instruments. This action by the FMA comes as a result of several inquiries and complaints by investors in Austria.
Interestingly, this customer's bank statement are sent to: PCO CLIENT MANAGEMENT, INC at 1217 CAPE CORAL PKWY #121, CAPE CORAL FL 33904.
<u>CONCLUSION</u>