UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

FRANZ LESTI AND PETRA RICHTER,
Individually and on Behalf of All Others
Similarly Situated,

CASE NO. 2:11-CV-00695-JES-DNF

And

ROBERT E. TARDIF, JR., in his
capacity as the Chapter 7 Trustee of the
substantively consolidated bankruptcy
estates of Debtors, Ulrich Felix Anton
Engler, Private Commercial Office, Inc.,
and PCO Client Management, Inc.,

     Plaintiffs,

v.

WELLS FARGO BANK, N.A. (f/k/a
Wachovia Bank, N.A.),

     Defendant.

_____/

## AFFIDAVIT OF EDWARD PROUDFOOT

STATE OF FLORIDA        )
                     ) ss:
COUNTY OF HILLSBOROUGH)

     BEFORE ME, the undersigned authority appeared Edward Proudfoot, who, being under oath, states:

     1.     I am over 18 years of age and am an Market Support Consultant for Wells Fargo Bank, N.A. ("Wells Fargo"). I make this Affidavit in support of Wells Fargo's Dispositive Motion for Summary Judgment (the "Motion for Summary Judgment") against Plaintiffs.

     2.     This Affidavit is based upon facts of which I have personal knowledge and from a review of the business records maintained by Wells Fargo in its ordinary course of business,

1

including the business records regarding the accounts (the "Accounts") formerly maintained at Wells Fargo by PCO Client Management, Inc. ("PCOM").

3.     As part of my duties at Wells Fargo, I am familiar with Wells Fargo's maintenance of its records in the ordinary course of business. Wells Fargo regularly maintains such business records in the ordinary course of business and the entries to those records were made by agents of Wells Fargo contemporaneously with the events reflected therein.

4.     On May 29, 2007, Wells Fargo account number xxxx5057 was opened in the name of PCOM (the "5057 Account").

5.     On June 27, 2007, Wells Fargo account number xxxx7271 was opened in the name of PCOM (the "7271 Account").

6.     The 7271 Account was formally closed on October 23, 2007 and no activity occurred on the 7271 Account subsequent to that date. A true and correct copy of the monthly account statement for the 7271 Account for the period of October 1, 2007 through October 31, 2007, which reflects the closing of the 7271 Account on October 23, 2007, is attached hereto as Exhibit A.

7.     Although the 5057 Account was formally closed on January 2, 2008, the Debtors did not initiate any activity or conduct any transactions on the 5057 Account subsequent to December 1, 2007. A true and correct copy of the monthly account statement for the 5057 Account for the period of December 1, 2007 through January 31, 2008 is attached hereto as Composite Exhibit B.

8.     The only activity that occurred on the 5057 Account subsequent to December 1, 2007 are internal transactions conducted by Wells Fargo necessary to chargeoff an overdraft

(negative) balance in the 5057 Account, which was -$8,471.85 as of December 1, 2007, and to formally close the 5057 Account.

9.      The December 2007 account statement for the 5057 Account also reflects the application of a monthly service charge for November 2007 in the amount of $122.09. However, Wells Fargo was never paid this service charge, which was charged off at the time Wells Fargo closed the 5057 Account.

10.     Wells Fargo did not collect any fees from the Debtors relative to the Accounts subsequent to December 1, 2007.

FURTHER AFFIANT SAYETH NOT.

STATE OF FLORIDA           )
                           ) ss:
COUNTY OF HILLSBOROUGH. )

The foregoing Affidavit was acknowledged before me this 04 day of April, 2013, and executed on said day by EDWARD PROUDFOOT, as MARKET SUPPORT CONSULTANT. for Wells Fargo Bank, N.A., __ who is personally known to me or √ who produced FLDL as identification.

(Seal)          
                JASON W LABERGE
                Notary Public - State of Florida
                My Comm. Expires Nov 9, 2014
                Commission # EE 40985

Notary Public
Print/Type/Stamp Name: Jason W LaBerge
My Commission Expires: Nov 9, 2014.

WP1 554979v1 03/29/13