Business High Performance Money Market

?     SAFEKEPT     Replacement Statement     003

PCO CLIENT MANAGEMENT, INC
1217 CAPE CORAL PKWY #121     CB
CAPE CORAL FL 33904

Business High Performance Money Market     9/29/2007 thru 10/31/2007

Account number:     '7271
Account owner(s):     PCO CLIENT MANAGEMENT, INC

Account Summary

| | |
|---|---|
| Opening balance 9/29 | $446.58 |
| Deposits and other credits | 90,052.33 + |
| Interest paid | 51.32 + |
| Other withdrawals and service fees | 90,550.23 - |
| Closing balance 10/31 | $0.00 |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 10/04 | 90,052.33 | COUNTER DEPOSIT | 000004631282657 |
| 10/23 | 51.32 | INTEREST FROM 09/29/2007 THROUGH 10/23/2007 | 000000000000002 |
| Total | $90,103.65 | | |

Interest

| | |
|---|---|
| Number of days this statement period | 24 |
| Annual percentage yield earned | 1.53 % |
| Average interest balance | $51,464.99 |
| Interest earned this statement period | $51.32 |
| Interest paid this statement period | $51.32 |
| Interest paid this year | $4,509.90 |

Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|---|---|---|---|---|---|
| 9/29 - 9/30 | 0.59 | 10/09 - 10/22 | 1.52 | | |
| 10/01 - 10/08 | 0.55 | 10/23 - 10/31 | 0.00 | | |

Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 10/10 | 12.00 | COMMERCIAL SERVICE CHARGES FOR SEPTEMBER 2007 | 000000000000000 |
| 10/22 | 36,534.67 | TRANSFERRED TO  ********5057 | 000001958951201 |
| 10/23 | 54,003.56 | DEBIT TO CLOSE ACCOUNT | 000038833600000 |
| Total | $90,550.23 | | |

WACHOVIA BANK, N.A. , GULF COAST SMALL BUS #6     page 1 of 2

EXHIBIT A

WF-LESTI00844

Business High Performance Money Market

7271                         FEKEPT    Replacement Statement    003

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/04 | 90,498.91 | 10/22 | 53,952.24 | | |
| 10/10 | 90,486.91 | 10/23 | 0.00 | | |

AS YOU REQUESTED, YOUR ACCOUNT IS NOW CLOSED AND THIS IS THE
FINAL STATEMENT. IF YOU HAVE ANY QUESTIONS OR WISH TO REOPEN
THIS ACCOUNT, CALL US AT 800-WACHOVIA (800-922-4684) OR CONTACT
YOUR LOCAL FINANCIAL CENTER. WE APPRECIATE YOUR BUSINESS.

Customer Service Information

For questions about your statement
or billing errors, contact us at:        Phone Number    Address

Business Checking, CheckCard & Loan
Accounts                                 800-566-3862   WACHOVIA BANK, NATIONAL ASSOCIATION
TDD (For the Hearing Impaired)           800-388-2234   NC8502
Commercial Checking & Loan Accounts      800-222-3862   P O BOX 563966
                                                        CHARLOTTE NC 28256-3966

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966,
CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is
wrong or if you need more information about a transfer on the statement or receipt. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the
error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error. You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

WACHOVIA BANK, N.A. , GULF COAST SMALL BUS #6                        page 2 of 2

WF-LESTI00845