## Business Cash Manager Checking

0   32        127,391



00043064 01 AT 0.334 01   3DGS 140

PCO CLIENT MANAGEMENT, INC
430 SE 24TH STREET
CAPE CORAL, FL 33990

CB

---

## Business Cash Manager Checking

12/01/2007 thru 12/31/2007

Account number:         5057
Account owner(s):       PCO CLIENT MANAGEMENT, INC

### Account Summary

| | |
|---|---|
| Opening balance 12/01 | $8,471.85 - |
| Deposits and other credits | 8,593.94 + |
| Other withdrawals and service fees | 122.09 - |
| Closing balance 12/31 | $0.00 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/31 | 425.73 | LOSS MANAGEMENT 1-888-647-3648 ENTRY 13369558 REFUNDING FEES FOR CHARGEOFF. |
| 12/31 | 8,168.21 | LOSS MANAGEMENT 1-888-647-3648 ENTRY 13369558 |
| Total | $8,593.94 | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 12/11 | 122.09 | COMMERCIAL SERVICE CHARGES FOR NOVEMBER 2007 |
| Total | $122.09 | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 12/11 | 8,593.94 - | 12/31 | 0.00 | | |

---

Composite EXHIBIT B

WF-LESTI00005

REDE Page 5 of 837

## Business Cash Manager Checking
·5057

---

### Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD   (For the Hearing Impaired) | 800-388-2234 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28256-3966 |

| To Balance Your Account | | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|---|
| | | Ck. No. | Amount | Ck. No. | Amount |
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | | | | Total | |

**In Case of Errors or Questions About Your Electronic Transfers:** Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28258-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

REDE Page 2 of 837

# Business Cash Manager Checking

114,113



00038041 01 AT 0.334 01   3DGS 123

PCO CLIENT MANAGEMENT, INC
430 SE 24TH STREET
CAPE CORAL, FL 33990

CB

## Business Cash Manager Checking

1/01/2008 thru 1/31/2008

| Account number: | 5057 |
| --- | --- |
| Account owner(s): | PCO CLIENT MANAGEMENT, INC |

### Account Summary

| | |
| --- | --- |
| Opening balance 1/01 | $0.00 |
| Closing balance 1/31 | $0.00 |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
| --- | --- | --- |
| 1/02 | 0.00 | DEBIT TO CLOSE ACCOUNT |
| Total | $0.00 | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
| --- | --- | --- | --- | --- | --- |
| 1/02 | 0.00 | | | | |

# Business Cash Manager Checking
:5057

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD (For the Hearing Impaired) | 800-388-2234 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28256-3966 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC