UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANZ LESTI, PETRA RICHTER, CHRISTA MILLENTRUP, HURBERT MILLENTRUP, HERBERT SCHICKLE, HANS ZWICKY, KATHI ZWICKY, and WOLF VON LOEBEN, individually and on behalf of all others similarly situated; ROBERT E. TARDIF, JR., in his capacity as the Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Debtors, Ulrich Felix Anton Engler, Private Commercial Office, Inc., and PCO Client Management, Inc.,

        Plaintiffs,

vs.

WELLS FARGO BANK, N.A., formerly known as Wachovia Bank, N.A., and SUNTRUST BANK,

        Defendants.

_____/

Case No. 2:11-cv-695-FtM-29DNF

**DECLARATION OF STUART A. DAVIDSON, ESQ. IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

Pursuant to 28 U.S.C. §1746, I, Stuart A. Davidson, Esq., hereby declare under penalty of perjury that the following Declaration is true and correct:

1. My name is Stuart A. Davidson, Esq.

2. I am over 21 years of age, and I am fully competent to make the statements contained in this Declaration.

899104_1

3.   I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, and one of the attorneys for Plaintiffs Franz Lesti and Petra Richter in this action.

4.   Attached to my Declaration are true and correct copies of the following Exhibits:

| | |
|---|---|
| **Exhibit "A"** | 314(b) request from SunTrust to Wachovia |
| **Exhibit "B"** | Wachovia Investigations Case Summary |
| **Exhibit "C"** | Internal Wachovia Email dated July 10, 2007 |
| **Exhibit "D"** | Internal Wachovia Email dated July 10, 2007 |
| **Exhibit "E"** | Internal Wachovia Email dated July 16, 2007 |
| **Exhibit "F"** | PCO Client Management, Inc. Business Cash Manager Checking Statements |
| **Exhibit "G"** | Declaration of Soneet R. Kapila |
| **Exhibit "H"** | Declaration of Plaintiff Franz Lesti in Support of Plaintiffs' Amended Motion for Class Certification |
| **Exhibit "I"** | Declaration of Plaintiff Petra Richter in Support of Plaintiffs' Amended Motion for Class Certification |
| **Exhibit "J"** | Firm Resume of Robbins Geller Rudman & Dowd LLP |
| **Exhibit "K"** | *In re Checking Account Overdraft Litig.*, No. 1:09-MD-02036-JLK, slip op. (S.D. Fla. May 16, 2012) |
| **Exhibit "L"** | Online Resumes of David S. Mandel and Nina Stillman Mandel of Mandel & Mandel LLP |

Under penalty of perjury, I declare that I have read the foregoing Declaration and that the facts stated herein are true and correct.

Dated: December 6, 2013

By: *s/ Stuart A. Davidson*
Stuart A. Davidson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*s/ Stuart A. Davidson*
STUART A. DAVIDSON