# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANZ LESTI, PETRA RICHTER,
CHRISTA MILLENTRUP, HURBERT
MILLENTRUP, HERBERT SCHICKLE,
HANS ZWICKY, KATHI ZWICKY, and
WOLF VON LOEBEN, individually and
on behalf of all others similarly situated;
ROBERT E. TARDIF, JR., in his capacity
as the Chapter 7 Trustee of the
substantively consolidated bankruptcy
estates of Debtors, Ulrich Felix Anton
Engler, Private Commercial Office, Inc.,
and PCO Client Management, Inc.,

Case No. 2:11-cv-695-FtM-29DNF

Plaintiffs,

vs.

WELLS FARGO BANK, N.A., formerly
known as Wachovia Bank, N.A., and
SUNTRUST BANK,

Defendants.

_____/

**DECLARATION OF SONEET R. KAPILA IN SUPPORT OF**
**PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

I, Soneet R. Kapila, declare:

1.      I am the founding partner of Kapila & Company.  Kapila & Company was founded in 1993, and my practice is concentrated in the areas of creditors' rights, bankruptcy, and financial transactions litigation. I have extensive experience as a forensic accountant and have been certified as an expert witness with regard to Ponzi schemes and the solvency of debtors.

2.      I was retained by Robert E. Tardiff, Jr. (the "Trustee") in his capacity as the Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Ulrich Felix Anton Engler, Private Commercial Office, Inc., and PCO Client Management, Inc. in the case styled *In re Ulrich Felix Anton Engler, Private Commercial Office, Inc. & PCO Client Mgmt., Inc.* Case No. 9:08-bk-04360-MGW, pending before the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Case").

3.      I submit this Declaration in support of the amended motion for class certification filed by Plaintiffs Franz Lesti and Petra Richter (collectively, the "Plaintiffs") in a case pending against Wells Fargo Bank, N.A., successor-in-interest to Wachovia Bank, N.A. ("Wells Fargo") styled, *Lesti, et al v. Wells Fargo Bank, N.A., et al.*, Case No. 2:11-cv-00695-JES-DNF.  More specifically, I testify herein as to the total number of putative class members in this action and to provide estimated damages for each member of the proposed class.

4.      In connection with my engagement by the Trustee in the Bankruptcy Case, I was asked to reconstruct the flow of funds between investors (including the Plaintiffs herein), on the one hand, and Ulrich Felix Anton Engler ("Engler"), Private Commercial Office, Inc. ("PCO"), and PCO Client Management, Inc. ("PCOM") (collectively, the "Engler Entities"), on the other hand, from bank accounts maintained with Defendant and to provide my expert opinion as to whether the

2

Engler Entities operated a Ponzi scheme and were insolvent during the relevant time period of January 1, 2005 through January 1, 2008.

5.     Engler was a German citizen who owned and purported to operate PCO as a highly profitable day trading and investment business in the Middle District of Florida. Engler solicited investments from individuals and entities primarily located in Europe through advertisements in national newspapers, on the internet, and at sporting events. Engler purported to be a highly experienced investor who had a long history of generating significant investment returns through "conservative" day trading activities on the stock exchange. Additionally, Engler represented to investors that he possessed sophisticated software that was capable of analyzing approximately 35,000 shares of stock every five seconds allowing him to capture significant investment returns before other day traders or investment brokers.

6.     I am familiar with the fraud allegations in this case as a result of my retention and review of bank records including, but not limited to, bank statements, wire transfer advices, canceled checks, and deposit tickets (collectively, "Bank Records"), as well as the Amended Class Action Complaint and Demand for Jury Trial filed in this action (the "Amended Complaint").

7.     Investors' investments were documented through promissory notes and loan agreements between PCO, as borrowers, and the investors (including the Plaintiffs herein), as lender and provided that the "loan" should be made payable to the borrowers' order at a designated SunTrust (prior to May 2007) and Wells Fargo (subsequent to May 2007) account. Extremely high interest rates were common among all loans, with some annual interest rates as a high at 72%.

8.     I determined that Engler never engaged in day trading activities on behalf of the investors as represented, but instead, used the funds paid by later investors to repay earlier investors and for personal expenses. I determined there was no indication that a legitimate business was

being conducted by the Engler Entities. From their inception, the Engler Entities lacked sufficient funds to repay investors the principle amount of their loans and promised interest. Thus, in my expert opinion, Engler operated a classic Ponzi scheme.

9.      I have provided testimony and prepared an expert report in the Bankruptcy Case. My expert report is based on the Engler Entities' corporate records and websites that were used to develop an understanding of Engler's Ponzi scheme. Further, I analyzed physical Bank Records for PCOM's bank accounts maintained with Defendant (the "Wells Fargo Accounts"). Upon extensive review of approximately 29,000 transactions and related proof of claim forms, I estimate that the proposed class for the period of January 1, 2005 through January 1, 2008 includes 1770 investors who lost money as a result of Engler's Ponzi scheme and the transferring in or depositing of related investment monies into the Wells Fargo Accounts. A spreadsheet identifying the Wells Fargo net investors and funds transferred from SunTrust to Wells Fargo is attached hereto as **Exhibit 1**.

10.     Preliminary analysis of the information I have reviewed has led me to identify approximately $44 million in Class member funds that were transferred to the Wells Fargo Accounts from PCO's SunTrust accounts or deposited directly into the Wells Fargo Accounts.

11.     I have reviewed the allegations attributed to me in Plaintiffs' Amended Motion for Class Certification and state that those allegations are true and correct.

12.     I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2013 at Fort Lauderdale, Florida.

SONEET R. KAPILA

# EXHIBIT 1

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|---|---|---|---|
| | | | |

| No. | Date | Investor | Amount |
|---|---|---|---|
|  | | | |

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| **Investor Funds Transferred from SunTrust to Wachovia [ Note 1]** | | | |
| 1 | 05/31/07 | | $ 7,000,000.00 |
| 2 | 06/11/07 | | 2,500,000.00 |
| 3 | 06/13/07 | | 1,000,000.00 |
| 4 | 06/27/07 | | 4,000,000.00 |
| 5 | 06/29/07 | | 2,500,000.00 |
| 6 | 07/05/07 | | 1,650,000.00 |
| 7 | 07/06/07 | | 4,000,000.00 |
| 8 | 07/09/07 | | 3,000,000.00 |
| 9 | 07/10/07 | | 4,000,000.00 |
| 10 | 07/25/07 | | 2,000,000.00 |
| 11 | 07/26/07 | | 2,000,000.00 |
| 12 | 07/27/07 | | 334,000.00 |
| 13 | 07/27/07 | | 10,600.00 |
| 14 | 08/23/07 | | 5,000.00 |
| 15 | 08/23/07 | | 957,649.55 |
| 16 | 08/23/07 | | 105,685.29 |
| 17 | 08/23/07 | | 13.39 |
| **Total** | | | **35,062,948.23** |
| **Funds Directly Deposited by Net Investors** | | | |
| 1 | | Vogel Beat Gmbh | 400,000.00 |
| 2 | | Fassold, Cornelia | 335,000.00 |
| 3 | | Sunshine Enterprises of Miami LLC | 215,000.00 |
| 4 | | Ocker, Mario Kay | 219,000.00 |
| 5 | | Arnold, Franz Xaver | 177,749.00 |
| 6 | | Rizzo, Angelo | 149,987.50 |
| 7 | | Hannemann, Astrid und Joachim | 140,000.00 |
| 8 | | Moneke-Leder, Daniela | 100,000.00 |

EXHIBIT 1

## Ulrich Felix Anton Engler, Debtor.

### United States Bankruptcy Court
### Middle District of Florida
### Fort Myers Division
### Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 9 | | Zuercher, Kantona | 99,982.50 |
| 10 | | Bieri, Alfons | 100,000.00 |
| 11 | | Wagner, Karl | 100,000.00 |
| 12 | | Froschek-Voigt, Karin | 100,000.00 |
| 13 | | Aeschbach, Felix | 100,000.00 |
| 14 | | Menis, Laurie | 90,052.33 |
| 15 | | Fuglister, Rene | 100,000.00 |
| 16 | | Felix, Albert & Martha | 70,000.00 |
| 17 | | Jehle, Adolf | 100,000.00 |
| 18 | | Leutwyler, Dominique Beatrice | 69,974.00 |
| 19 | | Brunner, Annelise | 70,000.00 |
| 20 | | Welcker, Edmund u | 80,000.00 |
| 21 | | Cuenca Perez, Maria Carmen | 67,526.00 |
| 22 | | Mueller, Rolf | 91,510.65 |
| 23 | | Habschied, Alexander | 60,000.00 |
| 24 | | Klose, Walter | 60,000.00 |
| 25 | | Frison, M Jean Yves | 59,970.00 |
| 26 | | Bolliger, Peter | 69,889.81 |
| 27 | | Mayer, Josef und Stefan | 65,000.00 |
| 28 | | Gross, Wolfgang | 52,980.00 |
| 29 | | Raedler, Anton | 53,968.00 |
| 30 | | Hoffmann, Dagmar | 51,428.00 |
| 31 | | Nold, Ursula | 50,000.00 |
| 32 | | Schreiber, Reiner | 50,000.00 |
| 33 | | Diethelm, Albert | 49,980.00 |
| 34 | | Rizzo, Vittorio | 49,987.50 |
| 35 | | Eleex AG | 50,000.00 |
| 36 | | Grabherr, Irmgard | 49,975.00 |
| 37 | | Lesti, Franz | 50,000.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 38 | | Zohner-Klingler, Brigitte | 46,980.00 |
| 39 | | Mihailescu, Gisela | 61,635.00 |
| 40 | | Friedhard, Rauter Oder | 41,000.00 |
| 41 | | Lehner-Funk, Michaela | 41,000.00 |
| 42 | | Hiller, Anke | 40,800.00 |
| 43 | | Roth, Christian | 40,446.00 |
| 44 | | Nickstadt, Detlev | 40,000.00 |
| 45 | | TTT Moneycorp Limited | 40,000.00 |
| 46 | | Schoepke, Guenter | 50,000.00 |
| 47 | | Pfister, Christine | 38,248.00 |
| 48 | | Bredlow, Wolfram or Marianne | 38,014.40 |
| 49 | | Fitzer, Klaus Michael | 41,530.00 |
| 50 | | Nummerndepot | 35,000.00 |
| 51 | | Philipp, Ute | 34,420.00 |
| 52 | | Sinz, Michael | 34,350.00 |
| 53 | | Weirich, Christel | 33,000.00 |
| 54 | | Reichart, Josef | 33,892.00 |
| 55 | | Bott, Susanne | 30,000.00 |
| 56 | | Reissing, Ralf | 30,000.00 |
| 57 | | Seiwert, Hannelore | 30,000.00 |
| 58 | | Diacosa AG | 29,985.00 |
| 59 | | Billhardt, Juliane Erika | 29,982.50 |
| 60 | | Krebs, Friedrich | 29,973.00 |
| 61 | | Holstein, Klaus oder Dorothea | 30,975.00 |
| 62 | | Friedrich, Marie-Katrin | 29,475.00 |
| 63 | | Clauss, Stefan | 27,600.00 |
| 64 | | Herz, Ulrike | 27,528.00 |
| 65 | | Zahn, Raimund | 27,503.00 |
| 66 | | Weber, Juergen Dr u. Petra | 30,000.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 67 | | Haas, Roland Josef | 29,975.00 |
| 68 | | Palumbo, Michele and Ursula | 27,019.22 |
| 69 | | Forschner, Peter o. Gisela | 27,000.00 |
| 70 | | Weber, Reinhold | 27,000.00 |
| 71 | | Novalis Gmbh | 30,000.00 |
| 72 | | Merke, Karin | 26,113.60 |
| 73 | | Mpazdrgiannis, Thomas | 40,000.00 |
| 74 | | Hofer, Helga | 25,000.00 |
| 75 | | Von Minckwitz, Horst | 25,000.00 |
| 76 | | Jaeger, Manfred | 24,960.00 |
| 77 | | Kuisl, Hans | 24,731.80 |
| 78 | | Duschl, Maik & Susanne | 24,000.00 |
| 79 | | Antes, Alfred | 23,475.00 |
| 80 | | Schneid, Peter | 22,668.65 |
| 81 | | Simon, Barbara | 26,500.00 |
| 82 | | Lampart, Marlis | 20,982.00 |
| 83 | | Scholz, Michael | 20,500.00 |
| 84 | | Antes, Steffen | 20,475.00 |
| 85 | | Dette, Mario | 20,000.00 |
| 86 | | Heckenberger Jun., Peter | 20,000.00 |
| 87 | | Maier, Hans-Heinz | 20,000.00 |
| 88 | | Maier, Matthias | 20,000.00 |
| 89 | | Muenger, Ruth | 20,000.00 |
| 90 | | Osterberger, Gerda | 20,000.00 |
| 91 | | Rathgeber, Anja | 20,000.00 |
| 92 | | Rohde, Dr. Hilmar | 20,000.00 |
| 93 | | Sancak, Mehmet | 20,000.00 |
| 94 | | Von Roth, Klaus | 20,000.00 |
| 95 | | Weltin, Renate | 20,000.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 96 | | Wirth, Colette | 20,000.00 |
| 97 | | Seifried, Herbert | 19,972.00 |
| 98 | | Sonntag, Alexander | 20,000.00 |
| 99 | | Herold, Michael | 20,000.00 |
| 100 | | Lowak, Ing Heinz | 20,000.00 |
| 101 | | Rudhard, Franz | 20,000.00 |
| 102 | | Seifert, Hans | 20,000.00 |
| 103 | | Koehler, Gerhard | 20,000.00 |
| 104 | | Morand-Gasser, Elsbeth | 19,982.50 |
| 105 | | Borowsky, Eike | 20,000.00 |
| 106 | | Kosarick, Gaby und Harald | 18,800.00 |
| 107 | | Wagner, Helga | 20,000.00 |
| 108 | | Weber, Denise | 18,000.00 |
| 109 | | Wanger, Hans Peter | 20,675.00 |
| 110 | | Wagner, Michael | 20,000.00 |
| 111 | | Karow, Agnes | 18,000.00 |
| 112 | | Enderli, Jasmine | 17,000.00 |
| 113 | | Kytka, Wolfgang | 17,000.00 |
| 114 | | Messmer, Andreas | 16,000.00 |
| 115 | | Messmer, Bruno | 16,000.00 |
| 116 | | Zimmermann, Petra | 16,000.00 |
| 117 | | Sinz, Franz & Monika | 19,000.00 |
| 118 | | Angerstorfer, Adolf und Manuela | 15,000.00 |
| 119 | | Gmur | 15,000.00 |
| 120 | | Hafenrichter, Robert | 15,000.00 |
| 121 | | Indermaur, Peter | 15,000.00 |
| 122 | | Knauss, Eberhard | 15,000.00 |
| 123 | | Kuerschner, Stefan | 15,000.00 |
| 124 | | Marx, Rene | 15,000.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|---|---|---|---|
| 125 | | Mueller, Frieda Ruth und | 15,000.00 |
| 126 | | Schornsteiner, Karl | 15,000.00 |
| 127 | | Siebert, Bernd-Uwe | 15,000.00 |
| 128 | | Stauch, Irmgard | 15,000.00 |
| 129 | | Weissinger, Thomas | 15,000.00 |
| 130 | | Riek, Willy | 14,976.00 |
| 131 | | Baier, Manfred | 15,000.00 |
| 132 | | Friederich, Wolfgang | 14,970.00 |
| 133 | | Zimmer, Ralf und Farah-Veronika | 15,000.00 |
| 134 | | Fojtl, Viktor | 16,000.00 |
| 135 | | Kunz, Werner | 15,000.00 |
| 136 | | Lutz, Monika | 15,000.00 |
| 137 | | Beverungen, Bettina | 15,000.00 |
| 138 | | Felix-Iseli, Margrit | 14,987.50 |
| 139 | | Stelzle, Florian | 14,975.00 |
| 140 | | Hofreiter, Josef | 15,000.00 |
| 141 | | Poppel, Birgit | 15,000.00 |
| 142 | | Huegle, Hermann | 14,975.00 |
| 143 | | Von Atzigen-Dahinden, Cornelia | 15,000.00 |
| 144 | | Graf, Theodor | 20,000.00 |
| 145 | | Butzke, Karl-Firedrich | 20,000.00 |
| 146 | | Schuster, Franz | 26,000.00 |
| 147 | | Geissler, Ferdinand | 13,800.00 |
| 148 | | Schoellhorn, Georg | 13,759.00 |
| 149 | | Puettner, Erich | 13,756.00 |
| 150 | | Biegger, Marioa or Bruno | 13,737.00 |
| 151 | | Pastoors, Stefan | 13,722.00 |
| 152 | | Nuding, Lothar | 13,702.00 |
| 153 | | Gerster, Adrian | 13,671.00 |

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 154 | | Burzle, Stefan | 13,667.00 |
| 155 | | Baumann, Peter | 14,000.00 |
| 156 | | Balten, Volkmar & Diana | 13,600.00 |
| 157 | | Forcadete, M Christophe | 13,585.00 |
| 158 | | Roschar, Adelheid | 13,571.20 |
| 159 | | Roscher, Erich Dipl. Ing | 13,571.20 |
| 160 | | Roscher, Johanna | 13,561.20 |
| 161 | | Geyer, Irmgard | 20,000.00 |
| 162 | | Constanti, Alfred und Ute | 13,500.00 |
| 163 | | Mueller, Richard | 13,500.00 |
| 164 | | Winter, Wilfried | 13,400.00 |
| 165 | | Bentele, Anton | 13,192.00 |
| 166 | | Reisenhauer, Lilli | 13,762.52 |
| 167 | | Meyer, Andreas | 13,000.00 |
| 168 | | Schmidt, Christel | 12,975.00 |
| 169 | | Orth, Mechtilde | 20,583.00 |
| 170 | | Barenbruegge, Udo | 13,400.00 |
| 171 | | Ziegler, Ludwig | 13,000.00 |
| 172 | | Klinger, Helmuth | 13,000.00 |
| 173 | | Bezold, Oskar | 12,000.00 |
| 174 | | Jung, Doris | 12,000.00 |
| 175 | | Frison, Vincent | 11,985.00 |
| 176 | | Kleiber, Julia | 11,024.00 |
| 177 | | Friedl, Amandus | 13,000.00 |
| 178 | | Crestani, Susanne | 11,007.20 |
| 179 | | Knoll, Georg | 11,000.00 |
| 180 | | Niebler, Heinrich | 11,000.00 |
| 181 | | Barner, Marianne | 11,000.00 |
| 182 | | Friesen, Andreas | 10,475.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 183 | | Sidiropoulos, Konstantinos | 13,996.00 |
| 184 | | Kockler, Claus und Jutta | 13,700.00 |
| 185 | | Maeusbacher, Stefan | 10,308.00 |
| 186 | | Zimmermann, Bernadett | 10,283.18 |
| 187 | | Naschke, Uwe | 10,100.00 |
| 188 | | Schatz, Norbert | 10,030.00 |
| 189 | | Albertsmeier, Julia | 10,000.00 |
| 190 | | Baur, Tobias | 10,000.00 |
| 191 | | Bergmeier, Roland or Matthias | 10,000.00 |
| 192 | | Billhardt, Ulrike | 10,000.00 |
| 193 | | Bollinger, Markus | 10,000.00 |
| 194 | | Buschmann, Josef | 10,000.00 |
| 195 | | Buttkus, Rolf | 10,000.00 |
| 196 | | Cammann, Wolfgang | 10,000.00 |
| 197 | | Cliucinic, Ivan | 10,000.00 |
| 198 | | Fend + Partner | 10,000.00 |
| 199 | | Fridolin, Flueck | 10,000.00 |
| 200 | | Fuchs, Sieglinde | 10,000.00 |
| 201 | | Hafenrichter, Maike | 10,000.00 |
| 202 | | Hild, Dr. Dagmar | 10,000.00 |
| 203 | | Hoesl, Rigobert Jun. | 10,000.00 |
| 204 | | Hoesli, Patrik | 10,000.00 |
| 205 | | Jeunet, Jean-Fran Ois | 10,000.00 |
| 206 | | Karola, Jordan | 10,000.00 |
| 207 | | Klaesner, Sascha | 10,000.00 |
| 208 | | Kloebel, Franz | 10,000.00 |
| 209 | | Klossner, Martin | 10,000.00 |
| 210 | | Koehler, Manfred | 10,000.00 |
| 211 | | Kuriakose, Manal. u. Rebacamma | 10,000.00 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

### United States Bankruptcy Court
### Middle District of Florida
### Fort Myers Division
### Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 212 | | Luthi, Werner | 10,000.00 |
| 213 | | Marxer, Harald | 10,000.00 |
| 214 | | Matulla, Ute | 10,000.00 |
| 215 | | Mueller, Hubert | 10,000.00 |
| 216 | | Niejodek, Ruth | 10,000.00 |
| 217 | | Pfister-Hausherr, Alice | 10,000.00 |
| 218 | | Roth, Elke | 10,000.00 |
| 219 | | Rueefli-Schlup, Ruth | 10,000.00 |
| 220 | | Sippel, Petra | 10,000.00 |
| 221 | | Sokulu, Beytullah | 10,000.00 |
| 222 | | Sokulu, Hayrullah | 10,000.00 |
| 223 | | Wahn, Helmut | 10,000.00 |
| 224 | | Zimmer, Helmut und Irmgard | 10,000.00 |
| 225 | | Zinniel, Ing. Paul | 10,000.00 |
| 226 | | Schaefer, Michael | 9,985.00 |
| 227 | | Wolter, Mme Claudine | 9,985.00 |
| 228 | | Gradl, Gerhard | 9,984.00 |
| 229 | | Kaeserei, Karl Thoma | 9,982.50 |
| 230 | | Wuethrich, Jakob | 9,982.50 |
| 231 | | Borkhataria, BJ | 9,980.00 |
| 232 | | Bernhardt, Reinhardt | 9,975.00 |
| 233 | | Hagspiel, Werner and Beate | 9,975.00 |
| 234 | | Martensson, Ann-Christin | 9,974.00 |
| 235 | | Stoeckli, Rosa | 9,968.00 |
| 236 | | Hanser, Elfriede | 9,956.00 |
| 237 | | Wolff, Adrian | 9,936.43 |
| 238 | | Wiederkehr, Sonja | 10,000.00 |
| 239 | | Krasemann, Kai | 10,000.00 |
| 240 | | Boeser, David | 10,000.00 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 241 | | Schoeneberger, Raoul | 10,000.00 |
| 242 | | Kammer, Helena | 10,000.00 |
| 243 | | Muehlinghaus, Olaf | 12,000.00 |
| 244 | | Noack, Juergen | 10,000.00 |
| 245 | | Pfirter, Heinz | 10,000.00 |
| 246 | | Heidgen, Gero | 10,000.00 |
| 247 | | Windecker, Alfred und Silvia | 10,000.00 |
| 248 | | Gamperl, Leonhard | 10,000.00 |
| 249 | | Fritzenschaft, Andreas | 9,500.00 |
| 250 | | Hoefler, Andrea | 19,000.00 |
| 251 | | Mair, Markus und Alexandra | 22,000.00 |
| 252 | | Maibach, Ruth | 9,995.00 |
| 253 | | Mauch, Anne | 13,685.00 |
| 254 | | Kaufmann, Alois | 10,000.00 |
| 255 | | Antes, Ilona | 8,484.00 |
| 256 | | Meury, Judith | 9,985.00 |
| 257 | | Werner, Monica | 10,000.00 |
| 258 | | Le Beyeuc, Mle Chantal | 8,085.00 |
| 259 | | Berns, Nicole | 8,022.43 |
| 260 | | Tomczyk, Roswitha | 8,000.00 |
| 261 | | Flueck, Judith | 7,987.50 |
| 262 | | Gerster, Monika | 7,982.50 |
| 263 | | Mueller, Andreas | 7,980.00 |
| 264 | | Baumann, Alexander | 7,970.00 |
| 265 | | Baenziger-Troesc | 14,982.50 |
| 266 | | Rogge, Christa | 11,000.00 |
| 267 | | Wieland, Kerstin | 10,000.00 |
| 268 | | Baldauf, Gunter | 7,500.00 |
| 269 | | Schafer, Jochen | 7,500.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 270 | | Sacchetti, Marc | 10,000.00 |
| 271 | | Cucu, Ioan | 7,000.00 |
| 272 | | Dorner, Andrea | 7,000.00 |
| 273 | | Dragan, Ogric | 7,000.00 |
| 274 | | Erke, Alexander | 7,000.00 |
| 275 | | Hofmann, Barbara | 7,000.00 |
| 276 | | Schlatte, Willibald | 7,000.00 |
| 277 | | Stadlober, Christian | 7,000.00 |
| 278 | | Vitalij, Trojan | 7,000.00 |
| 279 | | Wieser, Josefa | 7,000.00 |
| 280 | | Haeussler, Thomas | 6,985.00 |
| 281 | | Przybylski, Edwin | 6,985.00 |
| 282 | | Nachtigall, Ralf | 6,975.00 |
| 283 | | Schoellhorn, Holger | 6,879.50 |
| 284 | | Kleiber, Walter | 6,875.50 |
| 285 | | Lanzinger, Hermine | 6,852.50 |
| 286 | | Gronmaier Jun., Anton | 6,851.00 |
| 287 | | Lay, Monika und Rolf | 6,843.50 |
| 288 | | Kolb, Peter | 6,828.50 |
| 289 | | Lentsch, Susanne | 6,820.77 |
| 290 | | Jouvenal, Detlev | 6,815.50 |
| 291 | | Matey, Daniel | 6,800.79 |
| 292 | | Kieslich, Ingeborg | 6,800.00 |
| 293 | | Luetkes, Dr. Gerhard | 6,800.00 |
| 294 | | Pietzko, Christian und Marion | 6,800.00 |
| 295 | | Groshable, Josef | 6,791.50 |
| 296 | | Einsiedler, Carola | 6,786.00 |
| 297 | | Boziaris, Stergios | 6,775.50 |
| 298 | | Lieb, Mirko | 6,750.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 299 | | Wandel, Martin | 6,750.00 |
| 300 | | Kreindl, Erwin und Erika | 6,700.00 |
| 301 | | Sivro, Enes | 6,700.00 |
| 302 | | Baumann/Shahrokshahi, Joachim for Hormoz | 6,500.00 |
| 303 | | Ludwig, Renate | 6,500.00 |
| 304 | | Mueller, Alice | 6,500.00 |
| 305 | | Richter, Petra | 6,500.00 |
| 306 | | Pfister, Thomas | 6,882.50 |
| 307 | | Frei-Gassner | 6,000.00 |
| 308 | | Greifeneder, Gertraud | 6,000.00 |
| 309 | | Mack, Johann und Emilia | 6,000.00 |
| 310 | | Walter, Monika | 5,984.00 |
| 311 | | Laich, Reinhold | 5,976.00 |
| 312 | | DWS Investment SA | 9,979.02 |
| 313 | | Froehlich, Ewald | 10,000.00 |
| 314 | | Socchi, Michael | 10,100.00 |
| 315 | | Grupp, Frank | 5,503.60 |
| 316 | | Reisner, Helga | 5,476.40 |
| 317 | | Spengler, Klaus | 5,451.60 |
| 318 | | Balten, Volkman und Diana | 5,400.00 |
| 319 | | Gorges, Brigitte u. Roland | 6,795.50 |
| 320 | | Mayer, Gerhard | 5,273.41 |
| 321 | | Steiner, Bernhard | 5,223.24 |
| 322 | | Tavit, Tanja | 5,206.32 |
| 323 | | Kirchenbauer, Willi und Uta | 10,000.00 |
| 324 | | Muller, Thomas | 5,092.68 |
| 325 | | Lottersberger, Ralf | 5,092.03 |
| 326 | | Sparkasse Markgraeflerland | 5,092.00 |
| 327 | | Grundner, Christian | 5,064.19 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 328 | | Dierberger, Franz und Irmgard | 5,032.79 |
| 329 | | Wolf, Horst | 5,030.00 |
| 330 | | Muller, Stephanie Mme | 5,028.31 |
| 331 | | Baumgartner Kondratiev, Marina | 5,024.00 |
| 332 | | Mueller, Markus | 5,022.06 |
| 333 | | Manousis, Georgios | 5,018.00 |
| 334 | | Zuckle, Sabine | 5,008.72 |
| 335 | | Aeschbacher-Blumer, Anita | 5,000.00 |
| 336 | | Amaro Monteiro, Paulo Nuno | 5,000.00 |
| 337 | | Anzengruber, Joerg Michael | 5,000.00 |
| 338 | | Atzmuller, Monika | 5,000.00 |
| 339 | | Bilek, Sebastian | 5,000.00 |
| 340 | | Brandl, Bernhard | 5,000.00 |
| 341 | | Brecht, Rabea | 5,000.00 |
| 342 | | Burger, Rosalinde | 5,000.00 |
| 343 | | Calderan, Graziano | 5,000.00 |
| 344 | | Calderan, Mario | 5,000.00 |
| 345 | | Cavallo, Susanne und Peter | 5,000.00 |
| 346 | | Craiovan, Bianca Alexandra | 5,000.00 |
| 347 | | Damianos, Renata | 5,000.00 |
| 348 | | Deck, Gustav | 5,000.00 |
| 349 | | Demian, Florian | 5,000.00 |
| 350 | | Demian, Gabriel | 5,000.00 |
| 351 | | Dietmann, Manfred | 5,000.00 |
| 352 | | Eckardt, Angelika | 5,000.00 |
| 353 | | Emminger, Sigfried | 5,000.00 |
| 354 | | Erhardt, Elvira | 5,000.00 |
| 355 | | Fisch, Thomas | 5,000.00 |
| 356 | | Fischer, Ferdinand | 5,000.00 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 357 | | Fischl, Daniela | 5,000.00 |
| 358 | | Fritz, Josef | 5,000.00 |
| 359 | | Gegenfurtner, Johann | 5,000.00 |
| 360 | | Gerber, Olivier | 5,000.00 |
| 361 | | Gfeller, Kathrin | 5,000.00 |
| 362 | | Glocker, Mario | 5,000.00 |
| 363 | | Gougoustamos, Dimitrios und | 5,000.00 |
| 364 | | Grieb, Christina | 5,000.00 |
| 365 | | Grieb, Sonja | 5,000.00 |
| 366 | | Guilhermina, Santos | 5,000.00 |
| 367 | | Haberkorn, Albert | 5,000.00 |
| 368 | | Hafenrichter, Christine | 5,000.00 |
| 369 | | Hamstra-Rieder, Suzanne | 5,000.00 |
| 370 | | Hattinger, Jun. Johann | 5,000.00 |
| 371 | | Heider, Paul u Godelieve | 5,000.00 |
| 372 | | Herzer, Sebastian | 5,000.00 |
| 373 | | Hess, Ilse-Dore | 5,000.00 |
| 374 | | Hillrich, Janssen | 5,000.00 |
| 375 | | Hofer, Gerhard Mag. Mba | 5,000.00 |
| 376 | | Hoffmann, Herbert | 5,000.00 |
| 377 | | Huber, Christoph | 5,000.00 |
| 378 | | Huber, Heinz und Jutta | 5,000.00 |
| 379 | | Huber, Imsas C. | 5,000.00 |
| 380 | | Huck, Eugen | 5,000.00 |
| 381 | | Hummel, Hans-Peter | 5,000.00 |
| 382 | | Kapitalanlage | 5,000.00 |
| 383 | | Keller, Mirko | 5,000.00 |
| 384 | | Keri, Magdalena | 5,000.00 |
| 385 | | Kitta, Harald | 5,000.00 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 386 | | Kopp, Elisabeth | 5,000.00 |
| 387 | | Korff, Friedrich W. | 5,000.00 |
| 388 | | Kral, Elisabeth | 5,000.00 |
| 389 | | Kuhlmann, Tanja | 5,000.00 |
| 390 | | Kusternig, Andreas | 5,000.00 |
| 391 | | Lampert, Erland | 5,000.00 |
| 392 | | Langer, Elisabeth | 5,000.00 |
| 393 | | Liebert, Renate | 5,000.00 |
| 394 | | Liebich, Norbert | 5,000.00 |
| 395 | | Mair, Monika | 5,000.00 |
| 396 | | Mair, Yasmin | 5,000.00 |
| 397 | | Mauri-Piwowarski, Orfeo | 5,000.00 |
| 398 | | Munchen, Stadtsparkasse | 5,000.00 |
| 399 | | Nagel, Erich | 5,000.00 |
| 400 | | Nagel, Manuel | 5,000.00 |
| 401 | | Nahrhaft, Stefan | 5,000.00 |
| 402 | | Nentwig, Heila | 5,000.00 |
| 403 | | Odermatt, Urs | 5,000.00 |
| 404 | | Pampel, Volkmar | 5,000.00 |
| 405 | | Paulus, Anne-Greth | 5,000.00 |
| 406 | | Pesendorfer, Johann | 5,000.00 |
| 407 | | Plank, Josef | 5,000.00 |
| 408 | | Popp, Elke | 5,000.00 |
| 409 | | Potscher, Daniel | 5,000.00 |
| 410 | | Rachl, Theodor | 5,000.00 |
| 411 | | Rademacher, Dietrich | 5,000.00 |
| 412 | | Rau, Sybille | 5,000.00 |
| 413 | | Reiter, Mark | 5,000.00 |
| 414 | | Rink, Yvonne Konstanze | 5,000.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

### United States Bankruptcy Court
### Middle District of Florida
### Fort Myers Division
### Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 415 | | Rinke, Hugo | 5,000.00 |
| 416 | | Roell, Thorsten | 5,000.00 |
| 417 | | Ruffing, Dr. Harald | 5,000.00 |
| 418 | | Ruiten, L. EO | 5,000.00 |
| 419 | | Sandor, Ioan | 5,000.00 |
| 420 | | Schick, Dr. Jens | 5,000.00 |
| 421 | | Schieder, Herman | 5,000.00 |
| 422 | | Schiffbaenker, Norbert | 5,000.00 |
| 423 | | Schmeer, Gabriele | 5,000.00 |
| 424 | | Schopp, Sonja | 5,000.00 |
| 425 | | Schulz, Rainer | 5,000.00 |
| 426 | | Schwarzentruber, Odo | 5,000.00 |
| 427 | | Schwarzer, Susann | 5,000.00 |
| 428 | | Sittig, Franz | 5,000.00 |
| 429 | | Spirig, Christoph Otto | 5,000.00 |
| 430 | | Spork, Johann | 5,000.00 |
| 431 | | Stiegler, Sebastian | 5,000.00 |
| 432 | | Summerer, Hugo | 5,000.00 |
| 433 | | Summerer, Martin | 5,000.00 |
| 434 | | Sutter, Werner | 5,000.00 |
| 435 | | Tomisser, Alfred | 5,000.00 |
| 436 | | Troidl, Norbert | 5,000.00 |
| 437 | | Unruh, Doris Regine | 5,000.00 |
| 438 | | Urlacher, Remy | 5,000.00 |
| 439 | | Vasile, Muj | 5,000.00 |
| 440 | | Weissenbach, Christian | 5,000.00 |
| 441 | | Wenderott, Michael | 5,000.00 |
| 442 | | Will, Markus | 5,000.00 |
| 443 | | Zellmer, Wolfgang | 5,000.00 |

*Kapila & Company*

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 444 | | Zollet, Silvia | 5,000.00 |
| 445 | | Durach, Margarete | 9,980.00 |
| 446 | | Buckl, Inge | 4,988.00 |
| 447 | | Ackermann, Melinda | 4,987.50 |
| 448 | | Kaufmann, Franz | 4,987.50 |
| 449 | | Maibach, Sven | 4,987.50 |
| 450 | | Aeschelmann, Jacky | 4,985.00 |
| 451 | | Aeschelmann, M ou Mme Jacky | 4,985.00 |
| 452 | | Buhlmann, Alfred | 4,985.00 |
| 453 | | Gehrhardt, M Stephane | 4,985.00 |
| 454 | | Hasler, Paul | 4,985.00 |
| 455 | | Kumaran, Komala Jeya | 4,985.00 |
| 456 | | Oliver, Rey | 4,985.00 |
| 457 | | Pascot, M Ou Mme Gilbert | 4,985.00 |
| 458 | | Schafer, Anton | 4,985.00 |
| 459 | | TSB Treuhand Services Baar AG | 4,985.00 |
| 460 | | Hofmann, Albert Ing. | 4,984.00 |
| 461 | | Jaeger, Frank M. | 4,984.00 |
| 462 | | Scherzl, Stefanie | 4,984.00 |
| 463 | | Speckner, Manfred | 4,984.00 |
| 464 | | Besmer, Verena | 4,982.50 |
| 465 | | Bisang, Susanne | 4,982.50 |
| 466 | | Gisler, Michael | 4,982.50 |
| 467 | | Meier, Rene | 4,982.50 |
| 468 | | Muenger-Hendry | 4,982.50 |
| 469 | | Fischl, Franz | 4,980.00 |
| 470 | | Lanz D, Markus | 4,980.00 |
| 471 | | Wolf, Conny | 4,980.00 |
| 472 | | Kocher, M Mickael | 4,979.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|---|---|---|---:|
| 473 | | Arana, Amelia Pajares | 4,978.00 |
| 474 | | Bartler, Heinz | 4,976.00 |
| 475 | | Reinhardt, Sabine | 4,975.00 |
| 476 | | Strenger, Ulrich | 4,975.00 |
| 477 | | Suter-Marti, Margrit | 4,975.00 |
| 478 | | Urlacher, Eric | 4,973.00 |
| 479 | | Menzel, Sabine | 4,970.00 |
| 480 | | Haeni, Rene | 4,968.00 |
| 481 | | Rippstein, Maya Lillian | 4,968.00 |
| 482 | | Evaggelos, Galavodas | 4,965.00 |
| 483 | | Schmid, Peter | 4,959.13 |
| 484 | | Goschala, Johanna | 4,958.74 |
| 485 | | Hauser, Michael | 5,000.00 |
| 486 | | Fecht-Schaaf, Hilde | 13,129.93 |
| 487 | | Bekim, Berisha | 10,000.00 |
| 488 | | Mueller, Alexandra und Marcel | 4,975.00 |
| 489 | | Kusztelak, Kryzstof and Joanna | 5,000.00 |
| 490 | | Siegl, Hubert und Jutta | 5,000.00 |
| 491 | | Auberger, Kaspar | 5,000.00 |
| 492 | | Hoffmann, Andrea | 5,000.00 |
| 493 | | Leicht, Karl-Heinrich | 5,000.00 |
| 494 | | Schimmelpfennig, Ursula | 6,900.00 |
| 495 | | Speicher, Hans Heinz | 5,000.00 |
| 496 | | Ettinger, Stefan | 4,970.00 |
| 497 | | Vogel, Carlos | 5,000.00 |
| 498 | | Walther, Rosita | 10,000.00 |
| 499 | | Wolfschmidt, Klaus | 180,000.00 |
| 500 | | Soladest Invest. Dept. | 1,411.79 |
| 501 | | Schmid, Ulrike | 5,380.00 |

EXHIBIT 1

# Ulrich Felix Anton Engler, Debtor.

## United States Bankruptcy Court
## Middle District of Florida
## Fort Myers Division
## Case No. 08-bk-04360-ALP

## PCO Client Management, Inc.
## Investor Funds Transferred from SunTrust to Wachovia & Funds
## Directly Deposited to Wachovia by Net Investors
## For The Period of January 1, 2005 Through January 1, 2008

**Source:** Bank records

| No. | Date | Investor | Amount |
|-----|------|----------|--------|
| 502 | | 070913-61476 | 1,320.00 |
| 503 | | Standby Letter of Credit | 1,080.00 |
| 504 | | Pogoreutz, Hedwig | 5,000.00 |
| 505 | | Fiel S.A. | 429.10 |
| **Total Funds  Directly Deposited by Net Investors** | | | **$     9,244,982.94** |
| **Total Investor Funds Transferred from SunTrust to Wachovia & Funds Directly Deposited to Wachovia by Net Investors** | | | **$   44,307,931.17** |

**Note 1 -** A schedule of the net investors who had Wachovia transactions and deposited funds into SunTrust is available.